

Return Mail Processing
PO Box 999
Suwanee, GA 30024



January 27, 2026

**RE:   Notice of Data Breach**

Dear ▮▮▮▮▮▮▮▮:

Nova Biomedical Corp. ("Nova") is informing you that your personal information may have been impacted in a security incident Nova has been investigating.  We are providing information about the measures Nova has taken in response to this matter and steps you can take to protect your information.

## What Happened

On July 22, 2025, Nova experienced a sophisticated cybersecurity attack that disrupted Nova's operations.  Nova immediately launched an investigation with the assistance of leading cybersecurity experts.  Through Nova's investigation, Nova determined that an unauthorized actor accessed Nova's electronic infrastructure and deployed malware.  Nova also coordinated with law enforcement.

Our investigation included a thorough review and analysis of impacted data on our systems.  Through our investigation, Nova has determined that your personally identifiable information may have been impacted.  We are notifying you to provide information and steps you can take to help protect your information.

## What Information Was Involved

At this time, we believe the information impacted may have included your ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

## What We Are Doing

We take the privacy and security of your data seriously.  Since the security incident, we have been working closely with our internal and external experts to further enhance the security of our systems.  Additionally, to help protect your identity, we are offering you complimentary access to Experian IdentityWorks$^{SM}$ for 24 months.

Engagement #  B157448

If you believe there was fraudulent use of your information as a result of this incident and would like to discuss how you may be able to resolve those issues, please reach out to an Experian agent.  If, after discussing your situation with an agent, it is determined that identity restoration support is needed, then an Experian Identity Restoration agent is available to work with you to investigate and resolve each incident of fraud that occurred from the date of the incident (including, as appropriate, helping you with contacting credit grantors to dispute charges and close accounts; assisting you in placing a freeze on your credit file with the three major credit bureaus; and assisting you with contacting government agencies to help restore your identity to its proper condition).

Please note that Identity Restoration is available to you for 24 months from the date of this letter and does not require any action on your part at this time.  The Terms and Conditions for this offer are located at *www.ExperianIDWorks.com/restoration*.

While identity restoration assistance is immediately available to you, we also encourage you to activate the fraud detection tools available through Experian IdentityWorks with a complimentary 24-month membership.  This product provides you with superior identity detection and resolution of identity theft.  To start monitoring your personal information, please follow the steps below:

- Ensure that you **enroll by** April 30, 2026 by 11:59 pm UTC (Your code will not work after this date.)
- **Visit** the Experian IdentityWorks website to enroll:  *https://www.experianidworks.com/credit*
- Provide your **activation code**:  ▮▮▮▮▮▮▮

If you have questions about the product, need assistance with Identity Restoration that arose as a result of this incident, or would like an alternative to enrolling in Experian IdentityWorks online, please contact Experian's customer care team by April 30, 2026 at 833-918-0981 (toll-free), 9:00 am to 9:00 pm Eastern Time, Monday through Friday (excluding major holidays).  Be prepared to provide engagement number B157448 as proof of eligibility for the Identity Restoration services by Experian.

### ADDITIONAL DETAILS REGARDING YOUR 24-MONTH EXPERIAN IDENTITYWORKS MEMBERSHIP

A credit card is not required for enrollment in Experian IdentityWorks.  You can contact Experian immediately regarding any fraud issues, and have access to the following features once you enroll in Experian IdentityWorks:

- **Experian credit report at signup:**  See what information is associated with your credit file.  Daily credit reports are available for online members only.[1]
- **Credit Monitoring:**  Actively monitors Experian file for indicators of fraud.
- **Identity Restoration:**  Identity Restoration specialists are immediately available to help you address credit and non-credit related fraud.
- **Experian IdentityWorks ExtendCARE™:**  You receive the same high-level of Identity Restoration support even after your Experian IdentityWorks℠ membership has expired.
- **$1 Million Identity Theft Insurance[2]:**  Provides coverage for certain costs and unauthorized electronic fund transfers.

---

[1] Offline members will be eligible to call for additional reports quarterly after enrolling.

[2] The Identity Theft Insurance is underwritten and administered by American Bankers Insurance Company of Florida, an Assurant company.  Please refer to the actual policies for terms, conditions, and exclusions of coverage.  Coverage may not be available in all jurisdictions.

Engagement # B157448

**What You Can Do**

It is always good practice to remain vigilant and carefully review your online accounts, financial statements, and explanations of benefits from your health insurers for any unauthorized activity. Contact the company that maintains your account immediately if you detect any suspicious transactions or other activity you do not recognize. You should also report suspected incidents of identity theft to local law enforcement or your state's attorney general.

**For More Information**

If you have further questions or concerns, or would like an alternative to enrolling online, please call 833-918-0981 (toll-free), 9:00 am to 9:00 pm Eastern Time, Monday through Friday (excluding major holidays). Be prepared to provide your engagement number B157448.

At Nova, we take the privacy of our business partners' and team members' sensitive information very seriously. We deeply regret that this incident occurred.

Sincerely,

Matthew C. Hoyer
Vice President & General Counsel
Nova Biomedical Corp.

## ADDITIONAL ACTIONS TO HELP REDUCE YOUR CHANCES OF IDENTITY THEFT

➢ **PLACE A 90-DAY FRAUD ALERT ON YOUR CREDIT FILE**

A Fraud Alert is a consumer statement added to your credit report that alerts creditors of possible fraudulent activity within your report as well as requests that they contact you prior to establishing any accounts in your name. An initial 90-day security alert indicates to anyone requesting your credit file that you suspect you are a victim of fraud. Once the fraud alert is added to your credit report, when you or someone else attempts to open a credit account in your name, increase the credit limit on an existing account, or obtain a new card on an existing account, the lender should take steps to verify that you have authorized the request. If the creditor cannot verify this, the request should not be satisfied. You may contact one of the credit reporting companies below for assistance.

| Equifax | Experian | TransUnion |
|---|---|---|
| PO Box 105069 | PO Box 2002 | PO Box 2000 |
| Atlanta, GA 30348 | Allen, TX 75013 | Chester, PA 19016 |
| 888-378-4329 | 888-397-3742 | 800-916-8800 |
| *www.equifax.com* | *www.experian.com* | *www.transunion.com* |

➢ **PLACE AN EXTENDED FRAUD ALERT ON YOUR CREDIT FILE**

You may also want to consider contacting the credit reporting companies and asking them to place an extended fraud alert. If you are a victim of identity theft and have created an Identity Theft Report, you can place an extended fraud alert on your credit file. It stays in effect for 7 years. When you place an extended alert, you can get 2 free credit reports within 12 months from each of the 3 nationwide credit reporting companies, and the credit reporting companies must take your name off marketing lists for prescreened credit offers for 5 years, unless you ask them to put your name back on the list.

➢ **SECURITY FREEZE ON YOUR CREDIT FILE**

If you are very concerned about becoming a victim of fraud or identity theft, a security freeze might be right for you. Placing a freeze on your credit report will prevent lenders and others from accessing your credit report entirely, which will prevent them from extending credit. With a Security Freeze in place, you will be required to take special steps when you wish to apply for any type of credit. This process is completed through each of the credit reporting companies. To obtain a security freeze from all credit reporting agencies, impacted individuals must contact each credit reporting agency separately and complete their respective security freeze request process. Under federal law, you cannot be charged to place or lift a credit freeze from a credit report. To obtain a security freeze each credit reporting agency will require you to provide certain information to prove your identity, which may include your Full Name, Current and Prior Addresses, Social Security number, Date of Birth, and/or Identification Card. Special state-by-state rules may apply regarding the availability of security freezes for minors.

- For information regarding Experian's security freeze process, see:
  *www.experian.com/freeze/center.html*
- For information regarding TransUnion's security freeze process, see:
  *www.transunion.com/credit-freeze/place-credit-freeze*
- For information regarding Equifax's security freeze process, see:
  *www.equifax.com/personal/credit-report-services/credit-freeze*

- **ORDER YOUR FREE ANNUAL CREDIT REPORTS**

Visit *www.annualcreditreport.com* or call 877-322-8228.

Once you receive your credit reports, review them for discrepancies.  Identify any accounts you did not open or inquiries from creditors that you did not authorize.  Verify all information is correct.  If you have questions or notice incorrect information, contact the credit reporting company.

- **MANAGE YOUR PERSONAL INFORMATION**

Take steps such as:  carrying only essential documents with you; being aware of whom you are sharing your personal information with and shredding receipts, statements, and other sensitive information.

We recommend that you regularly review the explanation of benefits statement that you receive from your insurer.  If you see any service that you believe you did not receive, please contact your insurer at the number on the statement.  If you do not receive regular explanation of benefits statements, contact your provider and request them to send such statements following the provision of services in your name or number.

You may want to order copies of your credit reports and check for any medical bills that you do not recognize.  If you find anything suspicious, call the credit reporting agency at the phone number on the report.  Keep a copy of this notice for your records in case of future problems with your medical records.  You may also want to request a copy of your medical records from your provider, to serve as a baseline.

- **USE TOOLS FROM CREDIT PROVIDERS**

Carefully review your credit reports and bank, credit card and other account statements.  Be proactive and create alerts on credit cards and bank accounts to notify you of activity.  If you discover unauthorized or suspicious activity on your credit report or by any other means, file an identity theft report with your local police and contact a credit reporting company.

- **BE ON THE LOOKOUT FOR PHISHING SCHEMES**

We recommend that you be on the lookout for suspicious emails.  Specifically, be on the lookout for phishing schemes, which are attempts by criminals to steal personal information, including credit card numbers and Social Security numbers, over email.  These attempts are often made by manipulating an email to make it look as if it came from a legitimate source, but which is actually sent by a fraudulent impersonator.

Pay particular attention to anyone asking you to click on a link or attachment, especially if the email requests sensitive information, and pay close attention to the email address (look for misspellings in the email address).  It is also important that you check the recipient's email address when replying to emails to ensure it is legitimate.

- **POLICE REPORT**

You may also have the right to file or obtain a police report.

- **SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT:**

The Federal Trade Commission ("FTC") has created the following summary of consumer rights under the Fair Credit Reporting Act, available at *files.consumerfinance.gov/f/201504_cfpb_summary_your-rights-under-fcra.pdf*.  Notably, the FTC states that:  "The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies.  There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records).  Here is a summary of your major rights under the FCRA.  For more information, including information about additional rights, go to www.ftc.gov/credit or write to:  Consumer Response Center, Room 130-A, Federal Trade Commission, 600

Engagement #  B157448

Pennsylvania Ave. N.W., Washington, D.C. 20580." As outlined in the FTC's summary, these rights include, but are not limited to the following:

- "You must be told if information in your file has been used against you."
- "You have the right to know what is in your file."
- "You have the right to ask for a credit score."
- "You have the right to dispute incomplete or inaccurate information."
- "Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information."
- "Consumer reporting agencies may not report outdated negative information."
- "Access to your file is limited."
- "You must give your consent for reports to be provided to employers."
- "You may limit 'prescreened' offers of credit and insurance you get based on information in your credit report."
- "You may seek damages from violators."
- "Identity theft victims and active duty military personnel have additional rights."

➢ **OBTAIN MORE INFORMATION ABOUT IDENTITY THEFT AND WAYS TO PROTECT YOURSELF**

We recommend you remain vigilant with respect to reviewing your account statements and credit reports, and promptly report any suspicious activity or suspected identity theft to us and to the proper law enforcement authorities, including local law enforcement, your state's attorney general and/or the Federal Trade Commission ("FTC"). You may contact the FTC or your state's regulatory authority to obtain additional information about avoiding identity theft.

**Federal Trade Commission,** 600 Pennsylvania Avenue, NW, Washington, DC 20580, 877-IDTHEFT (438-4338), *www.ftc.gov/idtheft*

**For residents of the District of Columbia:** You may also obtain information about preventing and avoiding identity theft from the District of Columbia Attorney General:

District of Columbia Office of the Attorney General, Consumer Protection
400 6th Street, NW, Washington, DC 20001, 202-442-9828
*www.oag.dc.gov/consumer-protection*

**For residents of Iowa:** You may also obtain information about preventing and avoiding identity theft from the Iowa Office of the Attorney General:

Iowa Office of the Attorney General, Consumer Protection Division
1305 E. Walnut Street, Des Moines, IA 50319, 515-281-5926
*www.iowaattorneygeneral.gov/for-consumers/security-breach-notifications/*

**For residents of Maryland:** You may also obtain information about preventing and avoiding identity theft from the Maryland Office of the Attorney General:

Maryland Office of the Attorney General, Consumer Protection Division
200 St. Paul Place, Baltimore, MD 21202, 888-743-0023
*www.marylandattorneygeneral.gov/Pages/CPD*

**For residents of Massachusetts:** You also have the right to obtain a police report.

**For residents of New Mexico:**  You have rights under the federal Fair Credit Reporting Act ("FCRA"). For more information, see above section "SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT" or visit *files.consumerfinance.gov/f/201504_cfpb_summary_your-rights-under-fcra.pdf.*

**For residents of New York:**  You may also obtain information about preventing and avoiding identity theft from the New York Attorney General:

> New York Office of the Attorney General
> Consumer Frauds and Protection Bureau
> The Capitol, Albany, NY 12224, 800-771-7755
> *ag.ny.gov/resources/individuals/consumer-issues/technology*

**For residents of North Carolina:**  You may also obtain information about preventing and avoiding identity theft from the North Carolina Attorney General's Office:

> North Carolina Attorney General's Office, Consumer Protection Division
> 9001 Mail Service Center, Raleigh, NC 27699, 877-5-NO-SCAM
> *www.ncdoj.gov*

**For residents of Oregon:**  You may also obtain information about preventing and avoiding identity theft from the Oregon Department of Justice:

> Oregon Department of Justice, Consumer Protection
> 1162 Court Street NE, Salem, OR 97301, 877-877-9392
> *www.doj.state.or.us/consumer-protection/id-theft-data-breaches/data-breaches/*

**For residents of Rhode Island:**  You also have the right to obtain a police report.  You may also obtain information about preventing and avoiding identity theft from the Rhode Island Office of the Attorney General:

> Rhode Island Office of the Attorney General, Consumer Protection Unit
> 150 South Main Street, Providence, RI 02903, 401-274-4400
> *www.riag.ri.gov/ConsumerProtection/About.php*

**For residents of West Virginia:**  You also have the right to obtain a security freeze.  You may obtain a security freeze on your credit report to protect your privacy and ensure that credit is not granted in your name without your knowledge.  You may also obtain information about preventing and avoiding identity theft from the West Virginia Attorney General's Office:

> West Virginia Attorney General's Office, Consumer Protection Division
> P.O. Box 1789, Charleston, WV 25326, 800-368-8808 or 304-558-8986
> *www.ago.wv.gov/consumerprotection/pages/identity-theft-prevention.aspx*

Engagement #  B157448