# UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ERIC BRODEUR** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 1:26-CV-10782-GAO |
| ) | |
| **NOVA BIOMEDICAL CORPORATION** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Steve Ceppi, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to NOVA BIOMEDICAL CORPORATION in Suffolk County, MA on February 16, 2026 at 2:26 pm at 45 School St, Boston, MA 02108 by leaving the following documents with Sean Casey who as Registered Agent at Cogency Global Inc. is authorized by appointment or by law to receive service of process for NOVA BIOMEDICAL CORPORATION.

SUMMONS IN A CIVIL ACTION
CLASS ACTION COMPLAINT, DEMAND FOR JURY TRIAL, Notice of Data Breach
Race: White, Sex: Male, Est. Age: 25-34, Hair: Brown, Glasses: N, Est. Weight: 180 lbs to 200 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=42.357975,-71.0595695
Photograph: See Exhibit 1

Total Cost: $125.25

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

|  |  |
|---|---|
| Executed in Rockingham County, NH on 2/17/2026. | /s/ *Steve Ceppi*<br>Signature<br>Steve Ceppi<br>+1 (617) 930-5369 |



Exhibit 1a)

Exhibit 1b)

