UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ERIC BRODEUR, *on behalf of himself and* : 
*all others similarly situated*,
: Civil Action
                Plaintiff,    No. 1:26-cv-10782
:
   v.
:
NOVA BIOMEDICAL CORPORATION,
:
                Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter a Notice of Appearance for Scott T. Lashway of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, Massachusetts 02111, on behalf of Defendant Nova Biomedical Corporation, in the above-captioned matter.

Dated: March 5, 2026                           Respectfully submitted,

                                               */s/ Scott T. Lashway*
                                               Scott T. Lashway (BBO #655268)
                                               MINTZ, LEVIN, COHN, FERRIS,
                                                   GLOVSKY AND POPEO, P.C.
                                               One Financial Center
                                              Boston, Massachusetts 02111
                                              (617) 542-6000
                                              slashway@mintz.com

                                              *Counsel for Defendant*
                                              *Nova Biomedical Corporation*

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

Dated: March 5, 2026                           */s/ Scott T. Lashway*
                                                 Scott T. Lashway