UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ERIC BRODEUR, *on behalf of himself and all others similarly situated*,   :

                   Plaintiff,   :   Civil Action No. 1:26-cv-10782-GAO

    v.   :

NOVA BIOMEDICAL CORPORATION,   :

                   Defendant.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANT NOVA BIOMEDICAL CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Nova Biomedical Corporation ("Nova"), hereby submits its Corporate Disclosure Statement:

Nova is a wholly owned subsidiary of Investor AB, which is a publicly held corporation that owns more than ten percent of Nova's stock.

Dated: March 5, 2026

Respectfully submitted,

/s/ *Scott T. Lashway*
Scott T. Lashway (BBO #655268)
*slashway@mintz.com*
Mara A. O'Malley (BBO #693946)
*momalley@mintz.com*
MINTZ, LEVIN, COHN, FERRIS,
   GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

*Counsel for Defendant*
*Nova Biomedical Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

Dated: March 5, 2026

/s/ *Scott T. Lashway*
Scott T. Lashway