UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ERIC BRODEUR, *on behalf of himself and* : 
*all others similarly situated*, 
                                :    Civil Action
                     Plaintiff,    No. 1:26-cv-10782-GAO
                                :
    v.                             :
NOVA BIOMEDICAL CORPORATION, 
                                :
                     Defendant.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANT NOVA BIOMEDICAL CORPORATION'S
UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Nova Biomedical Corporation ("Nova"), by and through the undersigned counsel, hereby files this unopposed motion seeking a 30-day extension until April 8, 2026, to file a responsive pleading to Plaintiff's Complaint (ECF No. 1), and states as follows:

      1.      Plaintiff filed the Complaint in this action on February 11, 2026.

      2.      The Complaint was served on Nova on February 16, 2026.

      3.      The current deadline for Nova to file its responsive pleading is March 9, 2026.

      4.      Federal Rule of Civil Procedure 6(b)(1)(A) allows the Court to extend the deadline for a responsive pleading "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Consistent with Rule 6(b)(1)(A), this motion is filed before the expiration of Nova's deadline to file a responsive pleading in this case expires.

      5.      Pursuant to Rule 7.1(a)(2) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for Nova conferred with counsel for Plaintiff on March

6, 2026 regarding the motion and the relief requested herein.  Counsel for Plaintiff stated that they do not oppose the requested extension until April 8, 2026 for Nova to file a responsive pleading.

6.   Accordingly, Nova requests a 30-day extension of the response deadline until April 8, 2026.

7.   This is Nova's first request for an extension in this action

8.   This request is not made for purposes of delay, and no party will be prejudiced by the relief requested herein, particularly because Plaintiff does not oppose the same.

9.   A proposed Order is attached for the Court's consideration.

WHEREFORE, for the foregoing reasons, Nova respectfully requests that the Court grant this Unopposed Motion for Extension of Time and enter an order extending the time within which Nova may file a responsive pleading to the Complaint up to and including April 8, 2026.

Dated: March 9, 2026                                          Respectfully submitted,

/s/ *Scott T. Lashway*
Scott T. Lashway (BBO #655268)
*slashway@mintz.com*
Mara A. O'Malley (BBO #693946)
*momalley@mintz.com*
MINTZ, LEVIN, COHN, FERRIS,
   GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

***Counsel for Defendant***
***Nova Biomedical Corporation***

**LOCAL RULE 7.1(a)(2) CERTIFICATE OF COMPLIANCE**

    I hereby certify that on March 6, 2026, I conferred with counsel for Plaintiff regarding this motion. Plaintiff's counsel stated that they do not oppose the relief requested.

Dated: March 9, 2026                          /s/ *Scott T. Lashway*
                                                                              Scott T. Lashway

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

Dated: March 9, 2026                          /s/ *Scott T. Lashway*
                                                                              Scott T. Lashway