## UNITED STATES DISTRICT COURT
## DISTRICT COURT OF MASSACHUSETTS
## EASTERN DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ERIC BRODEUR, on behalf of himself and      :
all others similarly situated,
                                            :   Civil Action
              Plaintiff,                        No. 1:26-cv-10782-GAO
                                            :
     v.
                                            :
NOVA BIOMEDICAL CORPORATION,
                                            :
              Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**[PROPOSED] ORDER GRANTING**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

The motion by Defendant Nova Biomedical Corporation for an order of extension of time to respond to the Complaint is hereby GRANTED. Having considered the Unopposed Motion for Extension of Time and other pleadings and papers on file herein, and good cause appearing, the Court grants the motion for an extension of time as follows:

**IT IS HEREBY ORDERED** that the Unopposed Motion for Extension of Time is **GRANTED** and Defendant Nova Biomedical Corporation shall answer or otherwise respond to the Complaint on or before April 8, 2026.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. George A. O'Toole, Jr.
United States District Judge