**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF MASSACHUSETTS**
**EASTERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ERIC BRODEUR, *on behalf of himself and*    :
*all others similarly situated*,

                       :    Civil Action
           Plaintiff,       No. 1:26-cv-10782-GAO
                       :

     v.                     :

NOVA BIOMEDICAL CORPORATION,    :

            Defendant.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANT NOVA BIOMEDICAL CORPORATION'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Nova

Biomedical Corporation ("Nova"), by and through the undersigned counsel, hereby files this

unopposed motion seeking an extension until May 1, 2026, to file a responsive pleading to

Plaintiff's Complaint (ECF No. 1), and states as follows:

1.       Plaintiff filed the Complaint in this action on February 11, 2026.

2.       The Complaint was served on Nova on February 16, 2026.

3.       Nova's original deadline to file its responsive pleading was March 9, 2026.

4.       On March 9, 2026, Nova filed Defendant Nova Biomedical Corporation's

Unopposed Motion For Extension Of Time seeking a 30-day extension until April 8, 2026, to file

a responsive pleading to Plaintiff's Complaint.  (*See* ECF No. 9.)

5.       On March 12, 2026, the Court entered an electronic order granting Nova's

Motion for Extension of Time and directing Nova to "answer or otherwise response to the

complaint on or before April 8, 2026." (*See* ECF No. 11.)

6.      Also on March 12, 2026, the Court scheduled an initial scheduling conference for April 28, 2026 at 2:00 p.m.  (*See* ECF No. 10.)  In accordance with Federal Rule of Civil Procedure 16(b) and 26(f), and Local Rule 16.1 of the United States District Court for the District of Massachusetts, the parties held a Rule 26(f) conference on April 6, 2026.

7.      Federal Rule of Civil Procedure 6(b)(1)(A) allows the Court to extend the deadline for a responsive pleading "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."  Consistent with Rule 6(b)(1)(A), this motion is filed before the expiration of Nova's April 8, 2026 deadline to file a responsive pleading in this case expires.

8.      Pursuant to Rule 7.1(a)(2) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for Nova conferred with counsel for Plaintiff on April 6, 2026 regarding the motion and the relief requested herein.  Counsel for Plaintiff stated that they do not oppose the requested extension until May 1, 2026 for Nova to file a responsive pleading.

9.      Accordingly, Nova requests this second extension of the deadline to respond to the Complaint until May 1, 2026.

10.     This request is not made for purposes of delay, and no party will be prejudiced by the relief requested herein, particularly because Plaintiff does not oppose the same.

11.     The parties continue to evaluate their respective claims and defenses and are actively engaged in discussions related to those claims and defenses.

12.     Notwithstanding the requested extension until May 1, 2026 for Nova to respond to Plaintiff's Complaint, the parties intend to move forward with their obligations under Federal Rule of Civil Procedure 16(b) and 26(f), and Local Rule 16.1 of the United States District Court

2

for the District of Massachusetts, including attendance at the April 28, 2026 initial scheduling conference.

13.    A proposed Order is attached for the Court's consideration.

WHEREFORE, for the foregoing reasons, Nova respectfully requests that the Court grant this Unopposed Motion For Extension Of Time to Respond to Complaint and enter an order extending the time within which Nova may file a responsive pleading or otherwise respond to the Complaint up to and including May 1, 2026.

Dated: April 7, 2026                                        Respectfully submitted,

*/s/ Scott T. Lashway*
Scott T. Lashway (BBO #655268)
*slashway@mintz.com*
Mara A. O'Malley (BBO #693946)
*momalley@mintz.com*
MINTZ, LEVIN, COHN, FERRIS,
    GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

***Counsel for Defendant***
***Nova Biomedical Corporation***

3

**LOCAL RULE 7.1(a)(2) CERTIFICATE OF COMPLIANCE**

I hereby certify that on April 6, 2026, I conferred by telephone with counsel for Plaintiff regarding this motion and the relief requested herein.  Plaintiff's counsel stated that they do not oppose the relief requested.


Dated:  April 7, 2026                                            */s/ Scott T. Lashway*
                                                                 Scott T. Lashway



**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.


Dated:  April 7, 2026                                            */s/ Scott T. Lashway*
                                                                 Scott T. Lashway