**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF MASSACHUSETTS**
**EASTERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ERIC BRODEUR, *on behalf of himself and*      :
*all others similarly situated*,

                                               :    Civil Action
                    Plaintiff,                      No. 1:26-cv-10782-GAO

                                               :

        v.

                                               :

NOVA BIOMEDICAL CORPORATION,

                                               :

                    Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**[PROPOSED] ORDER GRANTING**
**<u>UNOPPOSED MOTION FOR EXTENSION OF TIME</u>**

The motion by Defendant Nova Biomedical Corporation for an order of extension of time

to respond to Complaint is hereby GRANTED.  Having considered the Unopposed Motion For

Extension Of Time and other pleadings and papers on file herein, and good cause appearing, the

Court grants the motion for an extension of time as follows:

**IT IS HEREBY ORDERED** that the Unopposed Motion For Extension Of Time is

**GRANTED** and Defendant Nova Biomedical Corporation shall answer or otherwise respond to

the Complaint on or before May 1, 2026.

**IT IS SO ORDERED.**


Dated:                                    _____

                                          Hon. George A. OToole, Jr,
                                          United States District Judge