**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF MASSACHUSETTS**
**EASTERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ERIC BRODEUR, *on behalf of himself and*          :
*all others similarly situated*,

                                                                    :     Civil Action
                                    Plaintiff,              No. 1:26-cv-10782-GAO

                                                                    :

            v.
                                                                    :

NOVA BIOMEDICAL CORPORATION,

                                                                    :
                                    Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## JOINT STATEMENT AND PROPOSED PRETRIAL SCHEDULE

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), and as ordered by the Court (Dkt. No. 10), Plaintiff Eric Brodeur and Defendant Nova Biomedical Corporation ("Nova Biomedical"; collectively, the "Parties") met and conferred through undersigned counsel on April 6, 2026 to discuss the case, including all items specified in Fed. R. Civ. P. 26(f).  The Parties hereby submit this joint statement and proposed pretrial schedule.

## STATUS CONFERENCE AGENDA

**A.** The status of the case, including the status of any settlement discussions; and

**B.** The proposed pretrial schedule.

## PROPOSED PRETRIAL SCHEDULE

**A.  Initial Disclosures:**  The Parties shall exchange initial disclosures required by Fed. R. Civ. P. 26(a)(1) within sixty (60) days of entry of this Order.[1]

---

[1]     The Parties respectfully request sixty days to tender their Initial Disclosures pursuant to Rule 26(a)(1) in order to direct their efforts on resolving this litigation.

B. **Amendments to Pleadings:**  Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after **October 13, 2026**.

C. **Fact Discovery Schedule:**  The Parties agree that bifurcated or phased discovery, at this time, is not appropriate here. However, the Parties anticipate that the Court's ruling on class certification may define the scope of fact and expert discovery needed and any trial. Therefore, the Parties propose that they submit a schedule for all remaining case deadlines, including fact and expert discovery, fourteen (14) days after this Court's ruling on class certification.

D. **Fact Discovery – Final Deadline:**  The Parties anticipate that the Court's ruling on class certification may define the scope of fact and expert discovery needed and any trial. Therefore, the Parties propose that they submit a schedule for all remaining case deadlines, including fact and expert discovery, fourteen (14) days after a ruling on class certification. In the interim, the Parties propose a fact discovery deadline of **October 6, 2027**.

E. **Status Conference:** The Parties propose that the Court schedule a status no less than thirty (30) days prior to the close of fact discovery for case management purposes.

F. **Motion for Class Certification and Deadlines for Expert Discovery:**

    i.      Plaintiff shall file his Motion for Class Certification and shall disclose his Expert(s) Report related to class certification pursuant to Fed. R. Civ. P. 26(a)(2) no later than **May 24, 2027**.

    ii.     Nova Biomedical shall depose Plaintiff's expert(s) related to class certification no later than **June 23, 2027**.

    iii.    Nova Biomedical shall raise any objections to Plaintiff's expert(s) related to class certification, shall file a response to Plaintiff's Motion for Class Certification, and shall disclose its Expert(s) Report related to class certification pursuant to Fed. R. Civ. P. 26(a)(2) no later than **July 23, 2027**.

    iv.    Plaintiff shall depose Nova Biomedical's expert(s) related to class certification no later than **August 23, 2027.**

    v.    Plaintiff shall file his reply in support of his Motion for Class Certification by **September 6, 2027**.

G. **Dispositive Motions:** The Parties respectfully request that the Court set a status hearing after its ruling on Plaintiff's Motion for Class Certification to set a schedule for any further fact and expert discovery and for dispositive motions.

H. **Trial by Magistrate Judge:**  The Parties do not consent to trial by magistrate judge at this time.

I. **Obligation of Counsel to Confer:**  Counsel for the Parties conferred on April 6, 2026, pursuant to Fed. R. Civ. P. 26(f), for the purpose of: (1) preparing an agenda of matters to be discussed at the scheduling conference; (2) preparing a proposed pretrial schedule for the case that includes a plan for discovery; and (3) considering whether they will consent to trial by a Magistrate Judge.

## SETTLEMENT PROPOSALS

Plaintiff presented a written settlement proposal to Nova Biomedical on March 11, 2026. Nova Biomedical intends to respond to the proposal prior to the scheduling conference.

## <u>CERTIFICATION OF CONFERENCE</u>

The undersigned counsel, on behalf of their respective clients, certify that each party and that party's counsel have conferred regarding the costs of litigating this putative class action through trial and regarding the use of alternative dispute resolution programs.

Dated:  April 21, 2026                     /s/ *Anthony I. Paronich*
                                           Anthony I. Paronich
                                           Representative of Plaintiff


Dated:  April 21, 2026                     /s/ *Matthew C. Hoyer*
                                           Matthew C. Hoyer,
                                           Vice President, General Counsel & Secretary
                                           Representative of Defendant Nova
                                           Biomedical Corporation


Dated:  April 21, 2026                     Respectfully submitted,

/s/ *Scott T. Lashway*                     /s/ *Anthony I. Paronich*
Scott T. Lashway (BBO #655268)             Anthony I. Paronich
slashway@mintz.com                         **PARONICH LAW, P.C.**
Mara A. O'Malley (BBO #693946)             350 Lincoln Street, Suite 2400
momalley@mintz.com                         Hingham, MA 02043
**MINTZ, LEVIN, COHN, FERRIS,**            Tel: (617) 485-0018
  **GLOVSKY AND POPEO, P.C.**              anthony@paronichlaw.com
One Financial Center
Boston, Massachusetts 02111                Cassandra P. Miller*
(617) 542-6000                             STRAUSS BORRELLI PLLC
                                           One Magnificent Mile
***Counsel for Defendant***                980 N. Michigan Ave., Suite 1610
***Nova Biomedical Corporation***          Chicago, IL 60611
                                           Telephone: (872) 263-1100
                                           Facsimile: (872) 263-1109
                                           cmiller@straussborrelli.com

I hereby certify that this document filed through the ECF
system will be sent electronically to the registered          *Pro hac vice forthcoming
participants as identified on the Notice of Electronic
Filing and paper copies will be sent to those indicated as    ***Attorneys for Plaintiff***
non-registered participants on the date of electronic
filing.

Dated:  April 21, 2026      /s/ *Scott T. Lashway*
                                Scott T. Lashway

4