**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **ERIC BRODEUR**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**NOVA BIOMEDICAL CORPORATION**,<br><br>Defendant. | Case No. 1:26-cv-10782 |

**CERTIFICATION OF CASSANDRA MILLER
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Cassandra Miller, on oath, depose and state that:

1.      I am an attorney with offices located at 980 N. Michigan Avenue, Suite 1610, Chicago, IL 60611.

2.      I am an active member of the bars in the state of Illinois. I am admitted to practice and in good standing in the following states and federal jurisdictions:

**STATE COURTS**

| Court | Bar No. | Admission Date | In Good Standing? |
|---|---|---|---|
| State of Illinois | 6290238 | 11/9/2006 | Yes |

**FEDERAL COURTS**

| Court | Admission Date | In Good Standing? |
|---|---|---|
| U.S.D.C., District of Colorado | 3/4/2025 | Yes |
| U.S.D.C., Northern District of Illinois | 1/29/2007 | Yes |
| U.S.D.C., Central District of Illinois | 2/27/2007 | Yes |
| U.S.D.C., Southern District of Illinois | 10/3/2016 | Yes |
| U.S.D.C., Northern District of Indiana | 5/4/2007 | Yes |
| U.S.D.C., Southern District of Indiana | 2/21/2007 | Yes |
| U.S. Court of Appeals, 1st Circuit | 5/1/2025 | Yes |
| U.S. Court of Appeals, 7th Circuit | 4/5/2019 | Yes |

| | | |
|---|---|---|
| U.S.D.C., Eastern District of Michigan | 11/18/2025 | Yes |
| U.S.D.C., Northern District of Texas | 2/26/2026 | Yes |

3.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4.      There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

5.      I am familiar with the facts and legal issues presented in this case.

6.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7.      This certification is executed in connection with Plaintiff's Motion for Admission *Pro Hac Vice*, by and through counsel, Anthony I. Paronich, to admit me *pro hac vice* for the purpose of acting as co-counsel for Plaintiff Eric Brodeur, in connection with this matter.

I certify that the above information is true and correct.


Dated: April 22, 2026                By: */s/ Cassandra Miller*
                                     Cassandra Miller
                                     STRAUSS BORRELLI PLLC
                                     One Magnificent Mile
                                     980 N Michigan Avenue, Suite 1610
                                     Chicago IL, 60611
                                     Telephone: (872) 263-1100
                                     Facsimile: (872) 263-1109
                                     cmiller@straussborrelli.com

                                     *Attorneys for Plaintiff and the Proposed Class*

2

## CERTIFICATE OF SERVICE

I, Anthony I. Paronich, hereby certify that on April 22, 2026, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to counsel of record via the ECF system.

DATED this 22nd day of April, 2026.

By:  */s/ Anthony Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

3