**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **ERIC BRODEUR**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**NOVA BIOMEDICAL CORPORATION**,<br><br>Defendant. | Case No. 1:26-cv-10782 |

**CERTIFICATION OF RAINA C. BORRELLI
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Raina C. Borrelli, on oath, depose and state that:

1.      I am an attorney with offices located at 980 N. Michigan Avenue, Suite 1610,

Chicago, IL 60611.

2.      I am an active member of the bars in the state of Minnesota. I am admitted to

practice and in good standing in the following states and federal jurisdictions:

**STATE COURTS**

| Court | Bar No. | Admission Date | In Good Standing? |
|---|---|---|---|
| State of Minnesota | 392127 | 10/28/2011 | Yes |

**FEDERAL COURTS**

| Court | Bar No. | Admission Date | In Good Standing? |
|---|---|---|---|
| U.S.D.C., District of Minnesota | 392127 | 11/8/2011 | Yes |
| U.S.D.C., Eastern District of Wisconsin | N/A | 5/9/2019 | Yes |
| U.S.D.C., District of Colorado | N/A | 2/20/2020 | Yes |
| U.S.D.C., Northern District of Illinois | N/A | 12/21/2021 | Yes |
| U.S.D.C., Eastern District of Michigan | N/A | 12/21/2021 | Yes |
| U.S. Court of Appeals, 10th Circuit | N/A | 3/4/2021 | Yes |
| U.S. Court of Appeals, 1st Circuit | 1205699 | 11/30/2022 | Yes |

| | | | |
|---|---|---|---|
| U.S.D.C., Central District of Illinois | N/A | 2/14/2023 | Yes |
| U.S. Court of Appeals, 7th Circuit | N/A | 5/26/2023 | Yes |
| U.S. Court of Appeals, 9th Circuit | N/A | 9/12/2023 | Yes |
| U.S. Court of Appeals, 2nd Circuit | N/A | 12/11/2024 | Yes |
| U.S. Court of Appeals, 6th Circuit | N/A | 9/11/2025 | Yes |
| U.S.D.C., Western District of Texas | N/A | 11/10/2025 | Yes |
| U.S. Court of Appeals, 4th Circuit | N/A | 11/13/2025 | Yes |
| U.S.D.C., District of North Dakota | N/A | 4/7/2026 | Yes |
| U.S.D.C., Western District of Michigan | N/A | 3/26/2026 | Yes |

3.　　I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4.　　There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

5.　　I am familiar with the facts and legal issues presented in this case.

6.　　I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7.　　This certification is executed in connection with Plaintiff's Motion for Admission *Pro Hac Vice*, by and through counsel, Anthony I. Paronich, to admit me *pro hac vice* for the purpose of acting as co-counsel for Plaintiff Eric Brodeur, in connection with this matter.

I certify that the above information is true and correct.

Dated: April 22, 2026

By: */s/ Raina C. Borrelli*
Raina C. Borrelli
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

*Attorneys for Plaintiff and the Proposed Class*

2

**<u>CERTIFICATE OF SERVICE</u>**

I, Anthony I. Paronich, hereby certify that on April 22, 2026, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to counsel of record via the ECF system.

DATED this 22nd day of April, 2026.

By: *<u>/s/ Anthony I. Paronich</u>*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

3