**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF MASSACHUSETTS**
**EASTERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ERIC BRODEUR, *on behalf of himself and* :
*all others similarly situated*,

                                  :   Civil Action
                 Plaintiff,     No. 1:26-cv-10782-GAO

                                    :

     v.                              :

NOVA BIOMEDICAL CORPORATION,     :

                 Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## UNOPPOSED MOTION TO MODIFY MOTION TO DISMISS BRIEFING SCHEDULE

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Eric Brodeur, by and through the undersigned counsel, hereby files this unopposed motion seeking to modify the briefing on schedule on Defendant's Motion to Dismiss, filed on June 30, 2026 (ECF No. 25), such that Plaintiff's opposition shall be due on July 30, 2026, and states as follows:

1.     Plaintiff filed the Complaint in this action on February 11, 2026.

2.     The Complaint was served on Nova on February 16, 2026.

3.     On the unopposed motion of Defendant, Defendant's deadline to respond to the Complaint was extended to June 30, 2026 (ECF No. 21).

4.     Defendant filed a Motion to Dismiss on June 30, 2026 (ECF No. 25).

5.     Under Local Rule 7.1(b)(2),  Plaintiff's opposition to the Motion to Dismiss is due on July 14, 2026.

6.     Federal Rule of Civil Procedure 6(b)(1)(A) allows the Court to extend the deadline for a responsive pleading "with or without motion or notice if the court acts, or if a request is made,

1

before the original time or its extension expires." Consistent with Rule 6(b)(1)(A), this motion is filed before the expiration of Plaintiff's deadline to file an opposition.

7. Pursuant to Rule 7.1(a)(2) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for Plaintiff conferred with counsel for Defendant on July 3, 2026 regarding the motion and the relief requested herein. Counsel for Defendant stated that they do not oppose the requested extension until July 30, 2026 for Plaintiff to file an opposition to the Motion to Dismiss.

8. Accordingly, Plaintiff requests an extension of time to oppose the Motion to Dismiss until July 30, 2026.

9. This is Plaintiff's first request for an extension in this action

10. This request is not made for purposes of delay, and no party will be prejudiced by the relief requested herein, particularly because Defendant does not oppose the same.

11. A proposed Order is attached for the Court's consideration.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court grant this Unopposed Motion to Modify the Motion to Dismiss Briefing Schedule and enter an order extending the time within which Plaintiff may file an opposition to the Motion to Dismiss, up to and including July 30, 2026.

Dated: July 7, 2026

Respectfully submitted,

By: */s/ Raina C. Borrelli*
    Raina C. Borrelli*
    Cassandra P. Miller*
    **STRAUSS BORRELLI PLLC**
    One Magnificent Mile
    980 N. Michigan Ave., Suite 1610
    Chicago, IL 60611
    Telephone: (872) 263-1100

2

Facsimile: (872) 263-1109
raina@straussborrelli.com
cmiller@straussborrelli.com

Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com

*\*Pro Hac Vice*

*Attorneys for Plaintiff*

3

## <u>LOCAL RULE 7.1(a)(2) CERTIFICATE OF COMPLIANCE</u>

I hereby certify that on July 3, 2026, I conferred with counsel for Defendant regarding this motion.  Defendant's counsel stated that they do not oppose the relief requested.


Dated: July 7, 2026                                 */s/ Raina C. Borrelli*
                                                                  Raina C. Borrelli

## <u>CERTIFICATE OF SERVICE</u>

I, Raina C. Borrelli, hereby certify that on July 7, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, via the ECF system.

DATED this 7th day of July, 2026.

STRAUSS BORRELLI PLLC

By: */s/ Raina C. Borrelli*
     Raina C. Borrelli
     STRAUSS BORRELLI PLLC
     One Magnificent Mile
     980 N. Michigan Ave., Suite 1610
     Chicago, IL 60611
     Telephone: (872) 263-1100
     Facsimile: (872) 263-1109
     raina@straussborrelli.com