**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF MASSACHUSETTS**
**EASTERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ERIC BRODEUR, *on behalf of himself and*      :
*all others similarly situated*,

                                   :    Civil Action
               Plaintiff,    No. 1:26-cv-10782-GAO

                                   :

     v.                                                              :

NOVA BIOMEDICAL CORPORATION,

                                   :
           Defendant.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**[PROPOSED] ORDER GRANTING**
**UNOPPOSED MOTION TO MODIFY MOTION TO DISMISS BRIEFING SCHEDULE**

The motion by Plaintiff Eric Brodeur for an order modifying the briefing schedule on Defendant's Motion to Dismiss is hereby GRANTED. Having considered the Unopposed Motion and other pleadings and papers on file herein, and good cause appearing, the Court grants the motion for an extension of time as follows:

**IT IS HEREBY ORDERED** that the Unopposed Motion is **GRANTED** and Plaintiff shall file an opposition to Defendant's Motion to Dismiss on or before July 30, 2026.

**IT IS SO ORDERED.**

Dated:                                                 _____

                                                Hon. George A. OToole, Jr.
                                                United States District Judge

1