**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF MASSACHUSETTS**
**EASTERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMY RYAN, ERIC BRODEUR, RENELL  :
PRESTON, and SIMA PERSAD RAHMAN,
*on behalf of themselves and all others similarly* :
*situated*,

                                 :    Civil Action
                  Plaintiffs,    No. 1:26-cv-10782-GAO
                                 :

    v.

                                 :

NOVA BIOMEDICAL CORPORATION,

                                 :

                Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANT NOVA BIOMEDICAL CORPORATION'S UNOPPOSED**
**MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Nova Biomedical Corporation ("Nova"), by and through the undersigned counsel, hereby files this unopposed motion seeking an extension until August 12, 2026, to file a responsive pleading to Plaintiffs' Amended Class Action Complaint ("Amended Complaint") (ECF No. 29), and states as follows:

1.      Plaintiffs filed the Amended Complaint on July 15, 2026.

2.      Federal Rule of Civil Procedure 6(b)(1)(A) allows the Court to extend the deadline for a responsive pleading "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."  Consistent with Rule 6(b)(1)(A), this motion is filed before the expiration of Nova's July 29, 2026 deadline to file a responsive pleading in this case expires.

3.      Pursuant to Rule 7.1(a)(2) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for Nova conferred with counsel for Plaintiffs on July

27, 2026 regarding the motion and the relief requested herein.  Counsel for Plaintiffs do not oppose the requested extension until August 12, 2026 for Nova to file a responsive pleading.

4.    The Amended Complaint added three parties, which increased both the length and complexity of the allegations.  Nova continues to evaluate Plaintiffs' claims and new allegations, as well as its defenses to those claims.

5.    This request is not made for purposes of delay, and no party will be prejudiced by the relief requested herein, particularly because Plaintiffs do not oppose the same.

6.    Accordingly, Nova requests an extension of the deadline to respond to the Amended Complaint until August 12, 2026.

7.    A proposed Order is attached for the Court's consideration.

WHEREFORE, for the foregoing reasons, Nova respectfully requests that the Court grant this Unopposed Motion For Extension Of Time to Respond to Amended Complaint and enter an order extending the time within which Nova may file a responsive pleading or otherwise respond to the Amended Complaint up to and including August 12, 2026.

Dated: July 28, 2026

Respectfully submitted,

*/s/ Scott T. Lashway*
Scott T. Lashway (BBO #655268)
*slashway@mintz.com*
Mara A. O'Malley (BBO #693946)
*momalley@mintz.com*
Kayla M. LaRosa (BBO #713326)
*klarosa@mintz.com*
MINTZ, LEVIN, COHN, FERRIS,
    GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

***Counsel for Defendant***
***Nova Biomedical Corporation***

**LOCAL RULE 7.1(a)(2) CERTIFICATE OF COMPLIANCE**

I hereby certify that on July 27, 2026, I conferred by email with counsel for Plaintiffs regarding this motion and the relief requested herein.  Plaintiffs' counsel stated that they do not oppose the relief requested.

Dated:  July 28, 2026                              */s/ Mara A. O'Malley*
                                                  Mara A. O'Malley

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

Dated: July 28, 2026                              */s/ Mara A. O'Malley*
                                                  Mara A. O'Malley