**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF MASSACHUSETTS**
**EASTERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AMY RYAN, ERIC BRODEUR, RENELL    :
PRESTON, and SIMA PERSAD RAHMAN,
*on behalf of themselves and all others similarly* :
*situated*,

                                  :    Civil Action
                Plaintiffs,    No. 1:26-cv-10782-GAO
                                  :

       v.
                                  :

NOVA BIOMEDICAL CORPORATION,
                                  :

               Defendant.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**[PROPOSED] ORDER GRANTING**
**<u>UNOPPOSED MOTION FOR EXTENSION OF TIME</u>**

The motion by Defendant Nova Biomedical Corporation for an order of extension of time

to respond to Amended Class Action Complaint is hereby GRANTED.  Having considered the

Unopposed Motion For Extension Of Time and other pleadings and papers on file herein, and

good cause appearing, the Court grants the motion for an extension of time as follows:

**IT IS HEREBY ORDERED** that the Unopposed Motion For Extension Of Time is

**GRANTED** and Defendant Nova Biomedical Corporation shall answer or otherwise respond to

the Amended Class Action Complaint on or before August 12, 2026.

**IT IS SO ORDERED.**


Dated: _____    _____
                                     Hon. George A. OToole, Jr,
                                     United States District Judge