**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ERIC BRODEUR, *on behalf of himself and*    :
*all others similarly situated*,

                             :    Civil Action
             Plaintiff,     No. 1:26-cv-10782-GAO

                             :

     v.

                             :    **ORAL ARGUMENT REQUESTED**

NOVA BIOMEDICAL CORPORATION,

                             :
            Defendant.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANT NOVA BIOMEDICAL CORPORATION'S**
**MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

Defendant Nova Biomedical Corporation respectfully moves to dismiss Plaintiffs'

Amended Class Action Complaint (ECF No. 29; filed July 15, 2026) with prejudice under Rules

12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure for lack of subject-matter

jurisdiction and for failure to state a claim upon which relief can be granted.  The grounds for

this Motion are set forth in Defendant Nova Biomedical Corporation's Memorandum Of Law In

Support Of Its Motion To Dismiss The Amended Class Action Complaint, filed herewith.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Nova Biomedical Corporation requests oral argument on

this Motion.

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Undersigned counsel hereby certifies that counsel for Defendant conferred with counsel

for Plaintiffs in good faith regarding the issues raised by this Motion, and Plaintiffs' counsel

indicated that Plaintiffs intend to oppose this Motion.

Dated: August 12, 2026

Respectfully submitted,

*/s/ Scott T. Lashway*
Scott T. Lashway (BBO #655268)
Matthew M.K. Stein (BBO #666127)
Mara A. O'Malley (BBO #693946)
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000
*slashway@mintz.com*
*mstein@mintz.com*
*momalley@mintz.com*

**Counsel for Defendant**
**Nova Biomedical Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

Dated: August 12, 2026

*/s/ Scott T. Lashway*
Scott T. Lashway