**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF MASSACHUSETTS**
**EASTERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ERIC BRODEUR, AMY RYAN, RENELL     :
PRESTON, and SIMA PERSAD RAHMAN,
*on behalf of himself and*     :
*all others similarly situated*,

                              :   Civil Action
                 Plaintiff,   No. 1:26-cv-10782-GAO
                               :

     v.                             :

NOVA BIOMEDICAL CORPORATION,

                               :
                 Defendant.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## UNOPPOSED MOTION TO MODIFY MOTION TO DISMISS BRIEFING SCHEDULE

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Eric Brodeur, by and through the undersigned counsel, hereby files this unopposed motion seeking to modify the briefing on schedule on Defendant's Motion to Dismiss, filed on June 30, 2026 (ECF No. 25), such that Plaintiff's opposition shall be due on September 16, 2026, and states as follows:

1.     Plaintiff filed the Complaint in this action on February 11, 2026.

2.     The Complaint was served on Defendant on February 16, 2026.

3.     On the unopposed motion of Defendant, Defendant's deadline to respond to the Complaint was extended to June 30, 2026 (ECF No. 21).

4.     Defendant filed a Motion to Dismiss on June 30, 2026 (ECF No. 25).

5.     Under Local Rule 7.1(b)(2), Plaintiff's opposition to the Motion to Dismiss was due on July 14, 2026.

6.     On the unopposed motion of Plaintiff, Plaintiff's deadline to respond to the Motion to Dismiss was extended to July 30, 2026 (ECF No. 28).

1

7.      On July 15, 2026, Plaintiff filed an Amended Class Action Complaint, adding Plaintiffs Amy Ryan, Renell Preston, and Sima Persad Rahman ("Plaintiffs") (ECF No. 29).

8.      On the unopposed motion of Defendant, Defendant's deadline to respond to the Amended Class Action Complaint was extended to August 12, 2026 (ECF No. 31).

9.      Federal Rule of Civil Procedure 6(b)(1)(A) allows the Court to extend the deadline for a responsive pleading "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."  Consistent with Rule 6(b)(1)(A), this motion is filed before the expiration of Plaintiff's deadline to file an opposition.

10.     Pursuant to Rule 7.1(a)(2) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for Plaintiff conferred with counsel for Defendant on August 14, 2026, regarding the motion and the relief requested herein. Counsel for Defendant stated that they do not oppose the requested extension until September 16, 2026, for Plaintiff to file an opposition to the Motion to Dismiss.

11.     Accordingly, Plaintiff requests an extension of time to oppose the Motion to Dismiss until September 16, 2026.

12.     This request is not made for purposes of delay, and no party will be prejudiced by the relief requested herein, particularly because Defendant does not oppose the same.

13.     A proposed Order is attached for the Court's consideration.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court grant this Unopposed Motion to Modify the Motion to Dismiss Briefing Schedule and enter an order extending the time within which Plaintiff may file an opposition to the Motion to Dismiss, up to and including September 16, 2026.

Dated: August 14, 2026

Respectfully submitted,

By: */s/ Raina C. Borrelli*
    Raina C. Borrelli*
    Cassandra P. Miller*
    **STRAUSS BORRELLI PLLC**
    One Magnificent Mile
    980 N. Michigan Ave., Suite 1610
    Chicago, IL 60611
    Telephone: (872) 263-1100
    Facsimile: (872) 263-1109
    raina@straussborrelli.com
    cmiller@straussborrelli.com

    Anthony I. Paronich
    **PARONICH LAW, P.C.**
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    Tel: (617) 485-0018
    anthony@paronichlaw.com

*Pro Hac Vice*

*Attorneys for Plaintiff*

3

## <u>LOCAL RULE 7.1(a)(2) CERTIFICATE OF COMPLIANCE</u>

I hereby certify that on August 14, 2026, I conferred with counsel for Defendant regarding this motion.  Defendant's counsel stated that they do not oppose the relief requested.


Dated: August 14, 2026                         */s/ Raina C. Borrelli*
                                                                Raina C. Borrelli

## <u>CERTIFICATE OF SERVICE</u>

I, Raina C. Borrelli, hereby certify that on August 14, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 14th day of August, 2026.

**STRAUSS BORRELLI PLLC**

By: */s/ Raina C. Borrelli*

Raina C. Borrelli
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com