**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF MASSACHUSETTS**
**EASTERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ERIC BRODEUR, AMY RYAN, RENELL    :
PRESTON, and SIMA PERSAD RAHMAN,
*on behalf of himself and*    :
*all others similarly situated*,

                              :   Civil Action
               Plaintiff,   No. 1:26-cv-10782-GAO

                              :

    v.                          :

NOVA BIOMEDICAL CORPORATION,

                              :

            Defendant.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### [PROPOSED] ORDER GRANTING
### <u>UNOPPOSED MOTION TO MODIFY MOTION TO DISMISS BRIEFING SCHEDULE</u>

The motion by Plaintiffs, Eric Brodeur, Amy Ryan, Renell Preston, and Sima Persad

Rahman, for an order modifying the briefing schedule on Defendant's Motion to Dismiss is hereby

GRANTED. Having considered the Unopposed Motion and other pleadings and papers on file

herein, and good cause appearing, the Court grants the motion for an extension of time as follows:

**IT IS HEREBY ORDERED** that the Unopposed Motion is **GRANTED** and Plaintiff shall

file an opposition to Defendant's Motion to Dismiss on or before September 16, 2026.

**IT IS SO ORDERED.**


Dated:                           _____

                                     Hon. George A. OToole, Jr.
                                       United States District Judge