UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

**AMY RYAN, ERIC BRODEUR, RENELL PRESTON**, and **SIMA PERSAD RAHMAN** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**NOVA BIOMEDICAL CORPORATION**,

Defendant.

Case No. 1:26-CV-10782-GAO

Hon. Judge George A. OToole, Jr.

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs Amy Ryan, Eric Brodeur, Renell Preston, and Sima Persad Rahman submit as supplemental authority in support of their Opposition to Defendant Nova Biomedical Corporation's Motion to Dismiss (ECF 37), the Order in *OBrien et al v. DTiQ Technologies, Inc*, No. 1:25-cv-12271-ADB, (US Dist. Mass. Sept. 21, 2026) (the "*DTiQ* Order"), a true and correct copy of which is attached hereto as Exhibit A. The *DTiQ* Order is relevant to Plaintiff's Opposition to Defendant Nova Biomedical Corporation's Motion to Dismiss.

Dated: September 22, 2026

Respectfully submitted,

By: */s/ Raina C. Borrelli*

Raina C. Borrelli *(admitted pro hac vice)*
raina@straussborrelli.com
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile (872) 263-1109

Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com

*Attorney for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 22nd day of September, 2026.

STRAUSS BORRELLI PLLC

By: */s/ Raina C. Borrelli*

Raina C. Borrelli
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com