**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMY RYAN, ERIC BRODEUR, RENELL PRESTON and SIMA PERSAD RAHMAN *on behalf of themselves and all others similarly situated*, Plaintiffs, v. NOVA BIOMEDICAL CORPORATION, Defendant. | Civil Action No. 1:26-cv-10782-JEK |

**DEFENDANT NOVA BIOMEDICAL CORPORATION'S MOTION FOR LEAVE TO FILE A REPLY BRIEF IN FURTHER SUPPORT OF ITS MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

Pursuant to Local Rule 7.1(b)(3), Defendant Nova Biomedical Corporation ("Nova") brings this Unopposed Motion for Leave to File a Reply Brief in Further Support of its Motion to Dismiss the Amended Class Action Complaint (Dkt. No. 33) and Memorandum of Law (Dkt. No. 34). Nova respectfully submits that a reply brief not to exceed ten (10) pages is warranted to address arguments raised in Plaintiffs' opposition (Dkt. No. 37) and supplemental authority filings (Dkt. Nos. 38, 39), and would assist the Court in resolving the issues presented.

WHEREFORE, Defendant Nova Biomedical Corporation requests that this Motion be granted and the Court accept for filing the reply brief attached hereto as Exhibit A.

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

Counsel for Defendant Nova Biomedical Corporation hereby certifies that counsel has conferred with Plaintiffs' Counsel via email regarding this Motion for Leave, and Plaintiffs' Counsel does not oppose this Motion for Leave to file a reply brief not to exceed ten (10) pages.

Dated: October 22, 2026

Respectfully submitted,

*/s/ Scott T. Lashway*
Scott T. Lashway (BBO #655268)
Matthew M.K. Stein (BBO #666127)
Mara A. O'Malley (BBO #693946)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000
*slashway@mintz.com*
*mstein@mintz.com*
*momalley@mintz.com*

***Counsel for Defendant***
***Nova Biomedical Corporation***

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

Dated: October 22, 2026

*/s/ Scott T. Lashway*
Scott T. Lashway