**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

AMY RYAN, ERIC BRODEUR, RENELL PRESTON, and SIMA PERSAD RAHMAN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

NOVA BIOMEDICAL CORPORATION,

Defendant.

Civil Action No. 1:26-cv-10782-JEK

**JOINT MOTION TO RESCHEDULE HEARING ON**
**DEFENDANT NOVA BIOMEDICAL CORPORATION'S MOTION TO DISMISS**

Plaintiffs Amy Ryan, Eric Brodeur, Renell Preston, and Sima Persad Rahman ("Plaintiffs") and Defendant Nova Biomedical Corporation ("Nova," and together with Plaintiff, the "Parties") jointly and respectfully request that the Court reschedule the hearing on Nova's Motion To Dismiss The Amended Class Action Complaint (ECF No. 33; the "Motion to Dismiss"), currently set for December 22, 2026, at 3:00 p.m., to January 26, 28, or 29, 2027, or another date thereafter convenient to the Court. In support of this joint request, the Parties state as follows:

1. Nova filed its Motion To Dismiss on August 12, 2026. (ECF No. 33.) That motion is now fully briefed. (ECF Nos. 34, 37, 43.)

2. On November 17, 2026, the Court issued a Notice of Hearing setting a hearing on the Motion to Dismiss for December 22, 2026, at 3:00 p.m., in Courtroom 3 before District Judge Julia E. Kobick. (ECF No. 46.)

3. Counsel for Plaintiff is unavailable on December 22, 2026 due to family holiday obligations.

4. Following receipt of the Notice of Hearing, counsel for the Parties conferred regarding their availability. Due to prior professional commitments, counsel for the Parties are not jointly available for a hearing before late January 2027.

5. Counsel for both Parties are available for a hearing on January 26, January 28, or January 29, 2027.

6. Accordingly, the Parties respectfully request that the Court reschedule the hearing on the Motion to Dismiss to January 26, 28, or 29, 2027, at a time convenient to the Court, or to such other date thereafter as the Court may set.

7. This request is made jointly, in good faith, and not for purposes of delay. No party will be prejudiced by the relief requested herein.

8. This is the Parties' first request to reschedule the hearing on the Motion to Dismiss.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court grant this Joint Motion to Reschedule Hearing on Defendant's Motion to Dismiss and reschedule the hearing on the Motion to Dismiss (ECF No. 33) to January 26, 28, or 29, 2027, or to such other date thereafter as is convenient for the Court.

Dated: November 19, 2026

*/s/ Raina C. Borrelli*
Raina C. Borrelli*
Cassandra P. Miller*
**STRAUSS BORRELLI PLLC**
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com
cmiller@straussborrelli.com

Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com

*Attorneys for Plaintiffs*

Respectfully submitted,

*/s/ Mara A. O'Malley*
Mara A. O'Malley (BBO #693946)
momalley@mintz.com
Scott T. Lashway (BBO #655268)
slashway@mintz.com
Matthew M. Stein (BBO # 666127)
mstein@mintz.com
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

*Counsel for Defendant Nova Biomedical Corporation*

**LOCAL RULE 7.1(a)(2) CERTIFICATE OF COMPLIANCE**

I hereby certify that on November 19, 2026, I conferred by electronic mail with counsel for Defendant in good faith to resolve or narrow the issues presented and the relief requested herein, and the Parties jointly seek the relief requested herein.

Dated: November 19, 2026

*/s/ Raina C. Borrelli*
Raina C. Borrelli

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

Dated: November 19, 2026

*/s/ Raina C. Borrelli*
Raina C. Borrelli